**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market Street #80594
San Francisco, CA 94104
Telephone: 415-488-8041
Facsimile: 415-651-9700
*Attorneys for Plaintiff,*
Nathan J. Graf

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN J. GRAF,<br><br>  Plaintiff,<br><br>  vs.<br><br>ONLINE INFORMATION SERVICES, INC.,<br><br>  Defendant. | CASE NO. 3:18-cv-06517-JST<br><br>**STIPULATION TO REQUEST TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**<br><br>**Hearing Date:** January 30, 2019<br>**Time:** 2:00 p.m.<br>**Judge:** Honorable Jon S. Tigar<br>**Courtroom:** Courtroom 9 |

Pursuant to Local Rule 16-10(a) Lauren B. Veggian, trial counsel and counsel of record for Plaintiff Nathan J. Graf, respectfully requests the Court's permission to attend the Case Management Conference, scheduled in this matter for January 30, 2019 at 2:00 p.m., by telephone. Defendant Online Information Services, Inc.'s counsel stipulates and agrees to this request.

Good cause exists to permit Plaintiff's counsel to appear by telephone because Plaintiff's counsel will be located in San Diego, California on that date and would incur costs of travel in addition to the opportunity cost of other clients not served during the period of travel.

Ms. Veggian has conferred with counsel for Defendant Online Information Services, Inc., and said counsel have no objection to the request being made herein.

Respectfully submitted,

DATED: January 23, 2019

**THE CARDOZA LAW CORPORATION**

By: /s/ Lauren B. Veggian
Michael F. Cardoza
Lauren B. Veggian
Attorneys for Plaintiff,
NATHAN J. GRAF

DATED: January 23, 2019

**CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
David J. Kaminski
Attorney for Defendant,
ONLINE INFORMATION SERVICES, INC.

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 23, 2019

/s/ Lauren B. Veggian
Lauren B. Veggian, Esq.

# [~~PROPOSED~~] ORDER

Having read the Stipulation for Request for Telephonic Appearance by Plaintiff Nathan J. Graf and Defendant Online Information Services, Inc., the Court finds that good cause exists therefore.

Accordingly, the Court hereby orders that:

Lauren B. Veggian, counsel of record for Plaintiff Nathan J. Graf may appear telephonically on January 30, 2019 at 2:00 p.m., for the Case Management Conference in this matter.

Dated: January 24, 2019

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I, Lauren B. Veggian, hereby certify that on this 23rd day of January, 2019, a true and accurate copy of the foregoing Stipulation to Request Telephonic Appearance and Proposed Order was served via the District Court ECF System on the Following:

    Email: kaminskid@cmtlaw.com
               davisc@cmtlaw.com

                                            /s/Lauren B. Veggian
                                            Lauren B. Veggian, Esq.
                                              The Cardoza Law Corporation