## [~~PROPOSED~~] ORDER

Having read the Request for Telephonic Appearance by Defendant Online Information Services, Inc. and Plaintiff Nathan J. Graf, the Court finds that good cause exists therefore.

Accordingly, the Court hereby orders that:

David J. Kaminski, counsel of record for Defendant Online Information Services, Inc. may appear telephonically on January 30, 2019 at 2:00 p.m., for the Case Management Conference in this matter.

Dated: January 24, 2019

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE